HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
OREST SHAYNYUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:25-cr-00193-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE RESTITUTION HEARING** |
| v. | ) | |
| | ) | Date: May 5, 2026 to July 14, 2026 |
| OREST SHAYNYUK, | ) | Time: 9:00 AM |
| | ) | Judge: Hon. John A. Mendez |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for OREST SHAYNYUK, that the restitution hearing scheduled for May 5, 2026, at 9:00 a.m., be vacated and the matter to July 14, 2026, at 9:00 a.m.

The defense requests continuance because counsel needs time to present the briefing in advance of the date.  Defense agrees that each of the 18 victims have established psychological costs of approximately $300,000 each, but defense needs time to investigate the basis for the lost earning capacity claims for ten of the victims which claim a total of $20 million dollars of future lost earning capacity.  The parties stipulate that for six of the victims restitution will be awarded without need for an evidentiary hearing.  Specifically the parties agree that restitution shall be imposed in the amounts of $3,000 each to Middlemodelsister, Redglassescry, Braid&Tile, HG1, Sparkling Velvet and Tubtime/Aaron which are referred to in Restitution Attachment 2 of the

Stipulation and Proposed Order                    -1-

PSR.  The parties agree that under *Dolan v. United States*, 560 U.S. 605 (2010) the Court may continue a restitution hearing beyond 90 days if the Court indicates within the 90 days period that it will impose restitution. The government does not object to the continuance.  **Mr. Shaynyuk waives the 90 day deadline and waives his presence at the restitution hearing**.

Defense needs the additional time to investigate the economic data.


DATED: April 28, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for OREST SHAYNYUK

DATED: April 28, 2026

ERIC GRANT
United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Proposed Order
-2-

# **O R D E R**

Based on the stipulation of the parties, the restitution hearing currently set for May 05, 2026, is **CONTINUED** to **July 14, 2026, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: April 29, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE