HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
OREST SHAYNYUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OREST SHAYNYUK,<br><br>Defendant. | ) | Case No. 2:25-CR-0193 JAM<br><br>**SEALING REQUEST (ECF No. 39)** |

**IT IS HEREBY ORDERED** that the Request to file Defendant's Restitution Brief under seal be **GRANTED** so that this information is not available on the public docket. The records are to be provided to the Court and Government counsel. The Clerk of Court is **DIRECTED** to **SEAL** Defendant's Restitution Brief at ECF No. 38.

These documents shall **REMAIN UNDER SEAL** until further Order of the Court.

Dated: July 13, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE